Date: May 19, 2020

19-CV-6519 (KAM) (LB)

Dear Sir Douglas Palmer

As we have spoke this morning concerning your oath of office "your duty to peform is" Questionable I've read 30,000 complaints and you wrote the same thing.

You have a duty to Bound:
Your aware that I Serena May secured party creditor, Have a right to use the Courts. Your supression is unwanted and not needed. Your actions shocks the conscious. Your explaination?

Please foward your Oath of office To: Serena A. May (spc)
167 38 109TD Jamaica
NY 11433