## UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

20 May 2020

Serena Antoinette May
167-38 109th Road
Jamaica, NY. 11433

Re: Letter Dated 5/19/2020/Oath of Office, 1:19-cv-6519

Ms. May –

In response to your letter referenced above, my oath of office is as stated in 28 USC § 951 (June 25, 1948, ch. 646, 62 Stat. 925). This is the same for all Clerks of Court in the country:

> "I, Douglas C. Palmer, having been appointed Clerk of Court for the Eastern District of New York, do solemnly swear that I will truly and faithfully enter and record all orders, decrees, judgments and proceedings of such court, and will faithfully and impartially discharge all other duties of my office according to the best of my abilities and understanding. So help me God."

I do not have a bond number as none is required in the Federal Courts for Clerks of Court.

Sincerely,

Douglas C. Palmer
Clerk of Court